UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON GARCIA,<br><br>        Plaintiff,<br><br>-against-<br><br>WESTCHESTER COUNTY MUNICIPALITY; ANTHONY SCARPINO; JEAN PRISCO; JENNIFER SCULCO,<br><br>        Defendants. | 21-CV-00348 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued April 30, 2021, dismissing the amended complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the amended complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii), (iii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  April 30, 2021
    New York, New York

                     *Louis L. Stanton*
                     Louis L. Stanton
                       U.S.D.J.